**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| MARK HANKIN AND INDUSTRIAL REAL ESTATE MANAGEMENT, INC., D/B/A HANMAR ASSOCIATES, MLP | : | No. 223 MAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| CLARIANT CORPORATION AND KION DEFENSE TECHNOLOGIES, INC. | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: CLARIANT CORPORATION | : | |
| | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.